E-FILED 05/05/09

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>DEFENDANT(S). | CASE NUMBER<br><br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

    Upon motion of _____, IT IS ORDERED that a detention hearing is set for _____, _____, at _____ ☐a.m. / ☐p.m. before the Honorable _____, in Courtroom _____.

    Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
            *(Other custodial officer)*

Dated: 05/04/09

_____
U.S. District Judge/~~Magistrate Judge~~